

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Diany Yackelin Pirela Ascon

Civil Action No.   25-cv-1111-LL-BLM

Plaintiff,
V.

Defendants: See Attachment

**JUDGMENT IN A CIVIL CASE**

Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioners Motion to Withdraw [ECF No. 6] is GRANTED. The Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED WITHOUT PREJUDICE. This case is hereby closed. It is so Ordered by Judge Linda Lopez on September 2, 2025.

Date:        9/2/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler
                                                    B. Chandler, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-1111-LL-BLM

Respondents:

Warden of the Otay Mesa Detention Facility, Current or Acting Field Office Director, San Diego Field Office; United States Immigration and Customs Enforcement; Current or Acting Director, United States Immigration and Customs Enforcement; Current or Acting Secretary, United States Department of Homeland Security; Current or Acting United States Attorney General